# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# (DALLAS DIVISION)

| | |
|---|---|
| ALLYSON VOGEL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 3:11-CV-3604-L |
| CHASE BANK USA, N.A., EQUIFAX INFORMATION SERVICES LLC, | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF J. ANTHONY LOVE

The undersigned, a member of the Bar of this Court, respectfully moves that the Court admit J. Anthony Love, Esq., a member of the Bar of the State of Georgia, to represent Defendant Equifax, Inc. ("Equifax") in the above-captioned matter. I represent that:

1. The office address of J. Anthony Love is: King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia 30309. Mr. Love is resident in the firm's Atlanta office.

2. He is a member in good standing of the bar of the State of Georgia and is admitted in the USDC, Northern District of GA; Supreme Court of Georgia, Georgia Court of Appeals; USCA for 1st, 3th, 6th, 7th and 9th Circuits, United States Supreme Court; USDC, Western District of Michigan, Northern District of Illinois, and Central District of Illinois.

3.  To the best of my knowledge and belief, Mr. Love is a member in good standing of the courts listed above and never has been denied admission or disciplined in any court.

Dated: May 4, 2012

KING & SPALDING LLP

/s/ Jeremiah J. Anderson

Jeremiah J. Anderson
jjanderson@kslaw.com
1100 Louisiana, Suite 4000
Houston, Texas 77002
Tel: 713-751-3200
Fax: 713-751-3290

Counsel for Defendant Equifax
Information Services LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2012 I have made service of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE* OF J. ANTHONY LOVE** on the counsel of record listed below in the manner indicated:

Sharon K. Campbell
3100 Monticello Avenue, Suite 500
Dallas, Texas 75205
Sharon@sharonkcampbell.com

Attorney for Plaintiff

☒ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email
☐ Electronically via USDC CM/ECF system

Gregg D. Stevens
Aimee Guidry Szygenda
McGlinchey Stafford, PLLC
2711 N. Haskell Avenue
Suite 2700 LB 25
Dallas, TX 75204
gstevens@mcglinchey.com
aszygenda@mcglinchey.com

Attorneys for Defendant Chase Bank USA, N.A.

☒ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email
☐ Electronically via USDC CM/ECF system

_/s/ Jeremiah J. Anderson_
Jeremiah J. Anderson