UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
(DALLAS DIVISION)

| | |
|---|---|
| ALLYSON VOGEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:11-CV-3604-L |
| | ) |
| CHASE BANK USA, N.A., EQUIFAX | ) |
| INFORMATION SERVICES LLC, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF J. ANTHONY LOVE

J. ANTHONY LOVE, of full age, hereby deposes and says:

1. I am a member of the law firm of King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia 30309.

2. I make this Affidavit in support of the motion to admit me *pro hac vice* to appear and participate in this matter as attorney for Defendant Equifax Information Services LLC. I have personal knowledge of the matters set forth herein.

4. King & Spalding is associated with Jeremiah J. Anderson, also of the law firm of King & Spalding LLP, 1100 Louisiana, Suite 4000, Dallas, Texas 77002, for this defendant in this lawsuit. Mr. Anderson is qualified to practice before this Court.

5. Defendant Equifax Information Services LLC has requested that my firm and I represent it in the defense of this matter.

6. It is respectfully submitted that there is good cause for my admission *pro hac vice*. This lawsuit involves issues relating to credit reporting in which both my firm and I have experience. My firm and I have established a relationship with this defendant and have represented this client in other credit reporting matters.

7. I am a member in good standing of the bar of the State of Georgia.

8. I have not been convicted of any crimes. I have not been censored, disciplined, suspended or disbarred by any court; nor are there any disciplinary proceedings pending against me in any court.

9. I respectfully request that I be admitted to practice before the United States District Court, Northern District of Texas, Dallas Division for the purposes of participation in this action.

10. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
J. Anthony Love

Sworn to and subscribed before me
this 26 day of April, 2012.
Rebecca Shrece
Notary Public
My Commission Expires: 1/22/2016