

## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JOHN ANTHONY LOVE, 459155,** was duly admitted to practice in said Court on DECEMBER 6, 1993 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 2ND day of May, 2012.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk