UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
(DALLAS DIVISION)

| | |
|---|---|
| ALLYSON VOGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:11-CV-3604-L |
| ) | |
| CHASE BANK USA, N.A., EQUIFAX ) INFORMATION SERVICES LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER ADMITTING J. ANTHONY LOVE *PRO HAC VICE***

It appearing to the Court that J. Anthony Love, attorney-at-law, declares by affidavit that he meets the requirements for admission *Pro Hac Vice* in this case and he is in good standing to practice in the State of Georgia;

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of J. Anthony Love to appear in the United States District Court for the Northern District of Texas, Dallas Division is hereby GRANTED.

Signed on the _____ day of _____, 2012.

_____
Judge, United States District Court