IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLYSON VOGEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-cv-03604 |
| | § | |
| CHASE BANK USA, NA, and | § | |
| EQUIFAX INFORMATION | § | |
| SERVICES, LLC, | § | |
| | § | |
| Defendants. | § | |

**PARTIAL MOTION TO DISMISS WITH PREJUDICE**

Allyson Vogel, Plaintiff, presents this Partial Motion to Dismiss all claims for relief asserted herein against Chase Bank USA, N.A., and would respectfully show the Court the following:

**I**

Plaintiff and Defendant Chase Bank USA, N.A. have reached a resolution of the claims made in this lawsuit and Plaintiff no longer wishes to pursue her claims against Chase Bank USA, N.A. Accordingly, Plaintiff requests the court to enter an order dismissing with prejudice all causes of actions and claims asserted herein by Plaintiff against Chase Bank USA, N.A.

Plaintiff intends to continue with all her pending claims against Equifax Information Services, LLC.

WHEREFORE, Plaintiff requests that this Court order all claims asserted herein against Defendant Chase Bank USA, N.A. be dismissed with prejudice, with costs to be taxed as incurred.

Respectfully submitted,

/s/ Sharon K. Campbell
Sharon K. Campbell
State Bar # 03717600
3100 Monticello Ave., Suite 500
Dallas, Texas 75205
Telephone: 214/351-3260
Fax: 214/378-6670
Sharon@SharonKCampbell.com

CERTIFICATE OF SERVICE

In keeping with the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been served upon all attorneys of record, via

\_\_\_  CERTIFIED MAIL/RETURN RECEIPT REQUESTED

\_\_\_  TELEPHONIC DOCUMENT TRANSFER (FAX)

\_\_\_  FEDERAL EXPRESS

\_\_\_  COURIER/RECEIPTED DELIVERY

\_\_\_  REGISTERED MAIL/RETURN RECEIPT REQUESTED

\_\_\_  HAND-DELIVERY (IN PERSON)

\_\_\_  REGULAR MAIL

  X    ELECTRONIC MAIL

DATED:    8/ /12

/s/ Sharon K Campbell