# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **ALLYSON VOGEL,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. **3:11-CV-3604-L** |
| § | |
| **CHASE BANK USA, NA, and** § | |
| **EQUIFAX INFORMATION** § | |
| **SERVICES, LLC,** § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is Plaintiff's Partial Motion to Dismiss with Prejudice, filed August 15, 2012. The court determines that the motion should be, and is hereby, **granted**. Accordingly, all claims asserted by Plaintiff against Defendant Chase Bank USA, N.A., are **dismissed with prejudice**. Equifax Information Services, LLC remains as defendant in this case.

**It is so ordered** this 16th day of August, 2012.

Sam A. Lindsay
United States District Judge